**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
 MICHAEL MAROM,

                  Plaintiff,

     -against-                                18 **CIVIL** 7637 (JCM)

## JUDGMENT

TOWN OF GREENBURGH;
PAUL FEINER
                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2020, Defendants' Motion to Dismiss is granted in its entirety and Plaintiff's Third Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      August 19, 2020

                                              **RUBY J. KRAJICK**
                                               **Clerk of Court**
                      **BY:**    *K. Mango*
                                                 **Deputy Clerk**